NO. 06-14-00148-CR

KEVIN FAHRNI ,  §
    Appellant  §
                           §
VS.  §
                           §
STATE OF TEXAS,  §
    Appellee  §

FILED IN
ON APPEAL FROM THE COURT OF APPEALS
TEXARKANA, TEXAS
6/18/2015 8:43:00 AM
5TH JUDICIAL DISTRICT
DEBBIE AUTREY
Clerk

ON APPEAL FROM THE

5TH JUDICIAL DISTRICT

COURT OF BOWIE COUNY

TEXAS

# MOTION FOR LEAVE FOR THE BELATED FILING OF APPELLEE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her below named Criminal District Attorney and for its Motion for Belated Filing of Appellee's Brief states as follows:

## I.

1. This case is pending from the 5th Judicial District of Bowie County, Texas.

2. The case is styled State of Texas v. Kevin Fahrni, Cause No. 10F484-005.

3. Appellant was found guilty of the offense of Aggravated Sexual Assault of a Child Possession of a Controlled Substance and sentenced to fifty (50) years in the Institutional Division of the Texas Department of Criminal Justice.

4. The State has previously requested one extension of time for filing a brief, making State's Brief due on June 17, 2015.

7. Appellee has now completed Appellee's brief, and requests leave of this Court for the belated filing of the same. Appellee's completed brief is filed simultaneously with this Motion.

II.

The Brief was not timely prepared in this matter due to the press of the business, both trial and appellate. Said business includes, but is not limited to, the following since Appellant's brief was filed:

- Preparation for the trial and pre-indictment dockets for the 5th District Court on May 18, 2015.

- Pre-trial conferences and trial preparation for the State of Texas v. Antonio Moore, 14F0611-102, Felony Murder and 14F0612-102, Intoxication Assault. The trial was May 19-21, 2015.

- Preparation and attendance at the Grand Jury Proceedings on May 28, 2015.

- Preparation for the trial and pre-indictment dockets for the 202nd District Court on May 22, 2015.

- Preparation for the trial and pre-trial indictment dockets for the 5th District Court on June 1, 2015.

- Preparation and attendance at oral arguments before this Court in Justin Sander v. State of Texas, 06-14-00079-CR which was on June 3, 2014.

- Preparation of the State's brief in Kevin Fahrni v. State of Texas, 06-14-00148-CR, which is due on June 17, 2015 and in which the State has already had to request a motion for extension to file its brief.

- Preparation for the pre-trial docket in the 5th District Court on June 15, 2015.

- In addition to the aforementioned work matters, the attorney for the State handling this appeal was out of the country on vacation from June 4-13, 2015.

III.

This motion is made in good faith and not for purposes of delay.

**PRAYER**

WHEREFORE, the State respectfully requests this Court permit leave for the belated filing of Appellee's Brief.

Respectfully submitted,

__/s/ Lauren N. Sutton_____
LAUREN N. SUTTON
Texas Bar No. 24079421
601 Main Street
Texarkana, TX 75501
ASSISTANT DISTRICT
ATTORNEY

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing State's Brief was forwarded to Mr. Alwin Smith, counsel for Appellant, on this the 17th day of June, 2015.

__/s/ Lauren N. Sutton_____
LAUREN N. SUTTON